# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELENA STURDZA,

                Plaintiff,

        v.

UNITED ARAB EMIRATES, *et al*.,

           Defendants.

Civil Action No.  98-2051 (BJR)

ORDER STRIKING MOTION TO STAY

This matter is before the Court on Plaintiff Elena Sturdza's Motion to Stay All Proceedings Pending the United States Court of Appeals for the Federal Circuit's Decision (Dkt. #281)

On August 2, 2013, the Federal Circuit issued a *per curiam* Order dismissing Ms. Sturdza's appeal on the basis of Ms. Sturdza's representation in this case by a guardian ad litem.  Order, *Sturdza v. United Arab Emirates*, No. 13-1435 (Fed. Cir. Aug. 2, 2013) (*per curiam*).  Therefore, Ms. Sturdza's motion is **STRICKEN as MOOT.**

       **SO ORDERED.**

       August 6, 2013

                                 _____

                                 BARBARA J.  ROTHSTEIN
                                 UNITED STATES DISTRICT JUDGE